JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (174882)
frankj@johnsonandweaver.com
PHONG L. TRAN (204961)
phongt@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA  92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

-and-

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
FELIPE J. ARROYO (163803)
farroyo@robbinsarroyo.com
SHANE P. SANDERS (237146)
ssanders@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*[Proposed] Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM PORTER, derivatively on behalf of TWITTER, INC., | Case No.: 3:16-cv-06136-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS** |
| v. | |
| RICHARD COSTOLO, ANTHONY NOTO, JACK DORSEY, PETER FENTON, MARTHA LANE FOX, HUGH F. JOHNSTON, OMID KORDESTANI, DEBRA L. LEE, DAVID ROSENBLATT, MARJORIE SCARDINO, BRET TAYLOR, and EVAN WILLIAMS, | Judge: Honorable Jon S. Tigar Courtroom: 9 Date Action Filed: October 24, 2016 |
| Defendants, | |
| -and- | |
| TWITTER, INC., a Delaware corporation, | |
| Nominal Defendant. | |

*[Caption continued on next page.]*

1

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of TWITTER, INC., | Case No.: 3:16-cv-06457-WHO |
| Plaintiff, | Judge: Honorable William H. Orrick |
| v. | Courtroom: 12<br>Date Action Filed: November 4, 2016 |
| JACK DORSEY, ANTHONY NOTO, PETER FENTON, DAVID ROSENBLATT, MARJORIE SCARDINO, EVAN WILLIAMS, RICHARD COSTOLO, PETER CHERNIN, and PETER CURRIE, | |
| Defendants, | |
| -and- | |
| TWITTER, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| FRANCIS FLEMING, derivatively on behalf of TWITTER, INC., | Case No.: 4:16-cv-06492-YGR |
| Plaintiff, | Judge: Honorable Yvonne Gonzalez Rogers |
| v. | Courtroom: 1<br>Date Action Filed: November 8, 2016 |
| RICHARD COSTOLO, ANTHONY NOTO, JACK DORSEY, PETER FENTON, DAVID ROSENBLATT, MARJORIE SCARDINO, and EVAN WILLIAMS, | |
| Defendants, | |
| -and- | |
| TWITTER, INC., a Delaware corporation, | |
| Nominal Defendant. | |

1    **WHEREAS**, there are presently three related stockholder derivative actions currently
2    pending in this District against the Individual Defendants,[1] who are certain current and former
3    directors and officers of nominal defendant Twitter, Inc. ("Twitter") (Twitter, together with the
4    Individual Defendants, being collectively referred to herein as "Defendants"): *Porter v. Costolo et*
5    *al.*, Case No. 3:16-cv-06136-JST; *Espinoza v. Dorsey, et al.*, Case No. 3:16-cv-06457-WHO; and
6    *Fleming v. Costolo, et al.*, Case No. 4:16-cv-06492-YGR (together, the "Related Derivative
7    Actions");[2]

8        **WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of
9    law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions;
10   (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

11       **WHEREAS**, the Related Derivative Actions challenge similar alleged misconduct by
12   Twitter's directors and executive officers and involve common questions of law and fact.
13   Accordingly, plaintiffs respectfully submit that consolidation of the Related Derivative Actions is
14   appropriate;

15       **WHEREAS,** to avoid potentially duplicative actions and to prevent any waste of the
16   Court's resources, plaintiffs propose that the Related Derivative Actions should be related and
17   consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated
18   action (hereinafter referred to as the "Consolidated Derivative Action");

19

20

---

21   [1]   The "Individual Defendants" include Richard Costolo, Anthony Noto, Jack Dorsey, Peter
22   Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, and Peter Currie.

23   [2]   Additionally, two putative class actions alleging violations of the federal securities laws were
     filed against Twitter and certain Twitter officers and are pending in this district: *Shenwick v.*
24   *Twitter, Inc., et al.*, Case No. 3:16-cv-05314-JST, and *Degenhardt v. Twitter, Inc., et al.*, Case No.
     3:16-cv-05439-JST (collectively, "the Securities Class Actions").   The Related Derivative
25   Actions assert different claims for liability but involve some of the same parties and factual
     allegations as the Securities Class Actions.  For clarity, the Related Derivative Actions and the
26   Securities Class Actions should not be consolidated with one another.   While the Related
     Derivative Actions and the Securities Class Actions should be related under Civil Local Rule 3-
27   12, they are not suitable for consolidation because, among other reasons, the Securities Class
     Actions allege violations of the federal securities laws *against* Twitter, whereas the Related
28   Derivative Actions bring claims *on behalf of* Twitter.

1

1      **WHEREAS**, Johnson & Weaver, LLP, and Robbins Arroyo LLP seek to be designated as

2 Co-Lead Counsel in the Consolidated Derivative Action, and Defendants take no position with

3 respect to such designation or with respect to paragraphs 7 and 8 below; and

4      **WHEREFORE,** the parties, through their undersigned counsel, hereby agree, stipulate,

5 and respectfully request that the Court enter an Order as follows:

6      1.    Defendants hereby acknowledge service of the summonses and complaints in the

7 Related Derivative Actions. Aside from defenses and objections related to the absence of a

8 summons or of service, Defendants expressly reserve all defenses and objections to the

9 complaints filed in the Related Derivative Actions and any complaints filed in the Consolidated

10 Derivative Action, including but not limited to defenses based on lack of personal jurisdiction and

11 improper venue.

12      2.    Defendants need not answer, move or otherwise respond to any of the complaints

13 currently filed in the Related Derivative Actions.

14      3.    The following actions shall be consolidated for all purposes, including pre-trial

15 proceedings and trial, into one action (the "Consolidated Derivative Action"):

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Porter v. Costolo, et al.* | 3:16-cv-06136-JST | October 24, 2016 |
| *Espinoza v. Dorsey, et al,* | 3:16-cv-06457-WHO | November 4, 2016 |
| *Fleming v. Costolo, et al.* | 4:16-cv-06492-YGR | November 8, 2016 |

20      4.    Every pleading filed in the Consolidated Derivative Action, or in any separate

21 action included herein, must bear the following caption:

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING       Case No. 3:16-cv-06136-JST
ACTIONS AND APPOINTING CO-LEAD FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TWITTER, INC. SHAREHOLDER DERIVATIVE LITIGATION, | Lead Case No.: 3:16-cv-06136-JST |
| | (Consolidated with Nos. 3:16-cv-06457-WHO and 4:16-cv-06492-YGR) |
| This Document Relates To: | |
| ALL ACTIONS. | (Derivative Action) |
| | Judge: Honorable Jon S. Tigar |
| | Courtroom: 9 |
| | Date Action Filed: October 24, 2016 |

5.    The files of the Consolidated Derivative Action will be maintained in one file under Lead Case No. 3:16-cv-06136-JST.

6.    Co-Lead Counsel for plaintiffs for the conduct of *In re Twitter, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST, is designated as follows:

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
PHONG L. TRAN
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
phongt@johnsonandweaver.com

-and-

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

7.    Plaintiffs' Co-Lead Counsel have the sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work

1   assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation

2   and to avoid duplicative or unproductive effort.

3          8.     Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and

4   appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.

5   The parties further agree that no motion, request for discovery, or other pre-trial or trial

6   proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

7          9.     Defendants' counsel may rely upon all agreements made with any of plaintiffs'

8   Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and

9   such agreements will be binding on plaintiffs.

10       10.     This Order shall apply to each purported derivative action arising out of the same

11  or substantially the same transactions or events as the Related Derivative Actions that is

12  subsequently filed in, removed to, or transferred to this Court.

13       11.     If a case that properly belongs as part of *In re Twitter, Inc. Shareholder Derivative*

14  *Litigation*, Lead Case No. 3:16-cv-06136-JST, is hereafter filed in this Court or transferred here

15  from another court, counsel shall promptly call to the attention of the Clerk of the Court the filing

16  or transfer of any case that might properly be consolidated as part of *In re Twitter, Inc.*

17  *Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST.

18       12.     In the interest of efficiency and avoidance of unnecessary duplication of effort or

19  judicial resources by the Court or the parties, it is further Ordered that within thirty (30) days of

20  the entry of an order consolidating the Related Derivative Actions, plaintiffs' Co-Lead Counsel

21  and counsel for Defendants shall meet and confer regarding further proceedings in the

22  Consolidated Derivative Action and shall submit a stipulation and proposed order regarding

23  further proceedings with the Court or, in the event counsel for the parties are unable to agree on a

24  proposed schedule for the conduct of further proceedings, plaintiffs' Co-Lead Counsel and

25  counsel for the Defendants shall submit a joint status report setting forth their respective views

26  regarding further proceedings in the Consolidated Derivative Action.

27

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING         Case No. 3:16-cv-06136-JST
ACTIONS AND APPOINTING CO-LEAD FOR PLAINTIFFS

1        13.    Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of

2 any document required to be served in the Consolidated Derivative Action.

3      **IT IS SO STIPULATED.**

4 Dated: November 30, 2016          JOHNSON & WEAVER, LLP
                            FRANK J. JOHNSON

5                            PHONG L. TRAN

6                    By:   */s/ Frank J. Johnson*
                            FRANK J. JOHNSON

7

8                            600 West Broadway, Suite 1540
                            San Diego, CA 92101

9                            Telephone: (619) 230-0063
                            Facsimile: (619) 255-1856

10                         frankj@johnsonandweaver.com
                         phongt@johnsonandweaver.com

11                         *Attorneys for Plaintiff Jim Porter and*
                        *[Proposed] Co-Lead Counsel for Plaintiffs*

12

13 Dated: November 30, 2016          ROBBINS ARROYO LLP
                            BRIAN J. ROBBINS

14                            FELIPE J. ARROYO
                            SHANE P. SANDERS

15                    By:   */s/ Shane P. Sanders*

16                            SHANE P. SANDERS

17                            600 B Street, Suite 1900
                            San Diego, CA 92101

18                            Telephone: (619) 525-3990
                            Facsimile: (619) 525-3991

19                         brobbins@robbinsarroyo.com
                         farroyo@robbinsarroyo.com

20                         ssanders@robbinsarroyo.com

21                       *Attorneys for Plaintiff Ernesto Espinoza and*
                        *[Proposed] Co-Lead Counsel for Plaintiffs*

22

23 Dated: November 30, 2016          BRODSKY & SMITH, LLC
                            EVAN J. SMITH

24                    By:   */s/ Evan J. Smith*

25                            EVAN J. SMITH

26                          9595 Wilshire Blvd.
                         Beverly Hills, CA 90212

27                         Telephone: (310) 300-8425
                         Facsimile: (310) 247-0160

28                         esmith@brodsky-smith.com

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROFY PROMISLOFF &
   CIARLANTO, P.C.
JOSEPH M. PROFY
DAVID M. PROMISLOFF
JEFFREY J. CIARLANTO
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642
profy@prolawpa.com
david@prolawpa.com
ciarlanto@prolawpa.com

LAW OFFICE OF ALFRED G.
   YATES, JR., P.C.
ALFRED G. YATES, JR.
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 391-5164
Fascimile: (412) 471-1033
yateslaw@aol.com

*Attorneys for Plaintiff Francis Fleming*

Dated: November 30, 2016

SIMPSON THACHER & BARTLETT LLP
SIMONA G. STRAUSS

By:    */s/ Simona G. Strauss*
SIMONA G. STRAUSS

2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5203
Facsimile: (650) 251-5002
sstrauss@stblaw.com

*Attorney for Defendants Richard Costolo,
Anthony Noto, Jack Dorsey, Peter Fenton,
David Rosenblatt, Marjorie Scardino, Evan
Williams, Peter Chernin, Peter Currie, and
Nominal Defendant Twitter, Inc.*

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing *Stipulation and [Proposed] Order Consolidating Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs*.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: November 30, 2016                                     */s/ Shane P. Sanders*
                                                                          SHANE P. SANDERS


****

**ORDER**


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2016          _____
                                                                  HONORABLE JON S. TIGAR
                                                                  UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 30, 2016, a copy of the foregoing *Stipulation and [Proposed] Order Consolidating Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs* was electronically filed with the Clerk of Court in the following actions:

**Porter v. Costolo, et al., Case No. 3:16-cv-06136-JST**

**Espinoza v. Dorsey, et al., Case No. 3:16-cv-06457-WHO**

**Fleming v. Costolo, et al., Case No. 4:16-cv-06492-YGR**

Notice of this filing will be sent via e-mail to all parties, in all actions, by operation of the Court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Shane P. Sanders*
SHANE P. SANDERS

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING          Case No. 3:16-cv-06136-JST
ACTIONS AND APPOINTING CO-LEAD FOR PLAINTIFFS