| | |
|---|---|
| 1 | JOHNSON & WEAVER, LLP |
|   | FRANK J. JOHNSON (174882) |
| 2 | frankj@johnsonandweaver.com |
|   | PHONG L. TRAN (204961) |
| 3 | phongt@johnsonandweaver.com |
|   | 600 West Broadway, Suite 1540 |
| 4 | San Diego, CA  92101 |
|   | Telephone: (619) 230-0063 |
| 5 | Facsimile: (619) 255-1856 |
| 6 | -and- |
| 7 | ROBBINS ARROYO LLP |
|   | BRIAN J. ROBBINS (190264) |
| 8 | brobbins@robbinsarroyo.com |
|   | FELIPE J. ARROYO (163803) |
| 9 | farroyo@robbinsarroyo.com |
|   | SHANE P. SANDERS (237146) |
| 10 | ssanders@robbinsarroyo.com |
|    | 600 B Street, Suite 1900 |
| 11 | San Diego, CA 92101 |
|    | Telephone: (619) 525-3990 |
| 12 | Facsimile: (619) 525-3991 |
| 13 | *[Proposed] Co-Lead Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| JIM PORTER, derivatively on behalf of TWITTER, INC., | ) ) ) | Case No.: 3:16-cv-06136-JST |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND RESET INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | ) ) | |
| RICHARD COSTOLO, ANTHONY NOTO, JACK DORSEY, PETER FENTON, MARTHA LANE FOX, HUGH F. JOHNSTON, OMID KORDESTANI, DEBRA L. LEE, DAVID ROSENBLATT, MARJORIE SCARDINO, BRET TAYLOR, and EVAN WILLIAMS, | ) ) ) ) ) ) ) | |
| | ) ) ) | Judge: Honorable Jon S. Tigar Courtroom: 9 Date Action Filed: October 24, 2016 |
| Defendants, | ) ) ) | |
| -and- | ) ) | |
| TWITTER, INC., a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) | |
| *[Caption continued on next page.]* | | |

STIP AND [PROPOSED] ORDER TO CONSOLIDATE, APPOINT CO-LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES

Case No. 3:16-cv-06136-JST

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of TWITTER, INC., | Case No.: 3:16-cv-06457-JST |
| Plaintiff, | Judge: Honorable Jon S. Tigar |
| v. | Courtroom: 9 |
| | Date Action Filed: November 4, 2016 |
| JACK DORSEY, ANTHONY NOTO, PETER FENTON, DAVID ROSENBLATT, MARJORIE SCARDINO, EVAN WILLIAMS, RICHARD COSTOLO, PETER CHERNIN, and PETER CURRIE, | |
| Defendants, | |
| -and- | |
| TWITTER, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| FRANCIS FLEMING, derivatively on behalf of TWITTER, INC., | Case No.: 4:16-cv-06492-JST |
| Plaintiff, | Judge: Honorable Jon S. Tigar |
| v. | Courtroom: 9 |
| | Date Action Filed: November 8, 2016 |
| RICHARD COSTOLO, ANTHONY NOTO, JACK DORSEY, PETER FENTON, DAVID ROSENBLATT, MARJORIE SCARDINO, and EVAN WILLIAMS, | |
| Defendants, | |
| -and- | |
| TWITTER, INC., a Delaware corporation, | |
| Nominal Defendant. | |

STIP AND [PROPOSED] ORDER TO CONSOLIDATE, APPOINT CO-LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES

Case No. 3:16-cv-06136-JST

|    |    |
|---|---|
| 1  | **WHEREAS**, there are presently three related stockholder derivative actions currently |
| 2  | pending before the Court against Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, |
| 3  | David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, and/or Peter Currie (the |
| 4  | "Individual Defendants")[1], who are certain current and former directors and officers of |
| 5  | nominal defendant Twitter, Inc. ("Twitter") (Twitter, together with the Individual Defendants, |
| 6  | being collectively referred to herein as "Defendants"): *Porter v. Costolo, et al.*, Case No. 3:16- |
| 7  | cv-06136-JST ("*Porter*"); *Espinoza v. Dorsey, et al.*, Case No. 3:16-cv-06457-JST |
| 8  | ("*Espinoza*"); and *Fleming v. Costolo, et al.*, Case No. 4:16-cv-06492-JST ("*Fleming*") |
| 9  | (together, the "Related Derivative Actions"); |
| 10 | **WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of |
| 11 | law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the |
| 12 | actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or |
| 13 | delay"; |
| 14 | **WHEREAS**, the Related Derivative Actions challenge similar alleged misconduct by |
| 15 | Twitter's directors and executive officers and involve common questions of law and fact; |
| 16 | **WHEREAS**, on November 30, 2016, plaintiffs in the Related Derivative Actions filed |
| 17 | with this Court a Stipulation and [Proposed] Order Consolidating Derivative Actions, and |
| 18 | Appointing Co-Lead Counsel for Plaintiffs ("Stipulation Regarding Consolidation and |
| 19 | Appointment of Co-Lead Counsel") (ECF No. 18), which sought consolidation of the Related |
| 20 | Derivative Actions into a single consolidated action (hereinafter referred to as the |
| 21 | "Consolidated Derivative Action") to avoid potentially duplicative actions and to prevent any |
| 22 | waste of the Court's resources; |
| 23 | **WHEREAS**, on December 2, 2016, the Court issued an Order indicating its receipt of |
| 24 | the Stipulation Regarding Consolidation and Appointment of Co-Lead Counsel, but deferring |
| 25 | consideration of the Stipulation until the parties filed an administrative motion to relate the |

---

[1] Omid Kordestani, Martha Lane Fox, Hugh F. Johnston, Debra L. Lee, and Bret Taylor were inadvertently included in the caption of the *Porter* action. They are not intended to be defendants.

1

STIP AND [PROPOSED] ORDER TO CONSOLIDATE, APPOINT CO-LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES                Case No. 3:16-cv-06136-JST

1  two derivative actions (*Espinoza* and *Fleming*) that at the time were not pending before the
2  Court (ECF No. 19);
3        **WHEREAS**, pursuant to the Court's directive, plaintiffs in the *Espinoza* and *Fleming*
4  derivative actions each filed administrative motions to relate their respective cases to the
5  actions before the Court;
6        **WHEREAS**, on December 7, 2016, the Court entered an order relating the three
7  derivative actions;
8        **WHEREAS**, the Court has set the following case management conference dates for the
9  Related Derivative Actions: *Porter*—February 15, 2017, and *Espinoza* and *Fleming*—
10 February 22, 2017;
11       **WHEREAS**, counsel for plaintiffs in the Related Derivative Actions have been
12 advised by counsel for Defendants that the parties in the related securities fraud class action
13 (*Shenwick v. Twitter, Inc., et al.*, Case No. 3:16-cv-05314-JST) have requested that their case
14 management conference be set for April 19, 2017;
15       **WHEREAS**, to avoid potential duplication of efforts and to prevent any waste of the
16 Court's resources, the parties propose that the current case management conference dates for
17 the Related Derivative Actions be vacated and that the Court set a single case management
18 conference date for the Related Derivative Actions to occur on the same day as the case
19 management conference for the related securities fraud class action.
20       **WHEREAS**, Johnson & Weaver, LLP, and Robbins Arroyo LLP seek to be designated
21 as Co-Lead Counsel in the Consolidated Derivative Action, and Defendants take no position
22 with respect to such designation or with respect to paragraphs 7 and 8 below; and
23       **WHEREFORE**, the parties, through their undersigned counsel, hereby agree,
24 stipulate, and respectfully request that the Court enter an Order as follows:
25       1.    Defendants hereby acknowledge service of the summonses and complaints in
26 the Related Derivative Actions. Aside from defenses and objections related to the absence of a
27 summons or of service, Defendants expressly reserve all defenses and objections to the
28 complaints filed in the Related Derivative Actions and any complaints filed in the

1  Consolidated Derivative Action, including but not limited to defenses based on lack of
2  personal jurisdiction and improper venue.
3      2.    Defendants need not answer, move or otherwise respond to any of the
4  complaints currently filed in the Related Derivative Actions.
5      3.    The following actions shall be consolidated for all purposes, including pre-trial
6  proceedings and trial, into the Consolidated Derivative Action:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Porter v. Costolo, et al.* | 3:16-cv-06136-JST | October 24, 2016 |
| *Espinoza v. Dorsey, et al,* | 3:16-cv-06457-JST | November 4, 2016 |
| *Fleming v. Costolo, et al.* | 4:16-cv-06492-JST | November 8, 2016 |

11      4.    Every pleading filed in the Consolidated Derivative Action, or in any separate
12  action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TWITTER, INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Lead Case No.: 3:16-cv-06136-JST<br><br>(Consolidated with Nos. 3:16-cv-06457-JST and 4:16-cv-06492-JST)<br><br>(Derivative Action)<br><br>Judge: Honorable Jon S. Tigar<br>Courtroom: 9<br>Date Action Filed: October 24, 2016 |

22      5.    The files of the Consolidated Derivative Action will be maintained in one file
23  under Lead Case No. 3:16-cv-06136-JST.

6. Co-Lead Counsel for plaintiffs for the conduct of *In re Twitter, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST, is designated as follows:

> JOHNSON & WEAVER, LLP
> FRANK J. JOHNSON
> PHONG L. TRAN
> 600 West Broadway, Suite 1540
> San Diego, CA 92101
> Telephone: (619) 230-0063
> Facsimile: (619) 255-1856
>
> -and-
>
> ROBBINS ARROYO LLP
> BRIAN J. ROBBINS
> FELIPE J. ARROYO
> SHANE P. SANDERS
> 600 B Street, Suite 1900
> San Diego, CA 92101
> Telephone: (619) 525-3990
> Facsimile: (619) 525-3991

7. Plaintiffs' Co-Lead Counsel have the sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with any of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements will be binding on plaintiffs.

10. This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Related Derivative Actions that is subsequently filed in, removed to, or transferred to this Court.

11. If a case that properly belongs as part of *In re Twitter, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST, is hereafter filed in this Court or transferred here from another court, counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Twitter, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST.

12. In the interest of efficiency and avoidance of unnecessary duplication of effort or judicial resources by the Court or the parties, it is further Ordered that within sixty (60) days of the entry of an order consolidating the Related Derivative Actions, plaintiffs' Co-Lead Counsel and counsel for Defendants shall meet and confer regarding further proceedings in the Consolidated Derivative Action and shall thereafter submit a stipulation and proposed order regarding further proceedings with the Court or, in the event counsel for the parties are unable to agree on a proposed schedule for the conduct of further proceedings, shall submit a joint status report setting forth their respective views regarding further proceedings in the Consolidated Derivative Action.

13. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Derivative Action.

/ / /

/ / /

14. The case management conference and related dates for the Related Derivative Actions shall be vacated. A case management conference for the Related Derivative Actions will be held on April 19, 2017, or an alternative date convenient to the Court on which the case management conference in the related securities action is also held. The Joint Case Management Conference Statement shall be due seven court days prior to the conference.

**IT IS SO STIPULATED.**

Dated: January 18, 2017

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
PHONG L. TRAN

By: */s/ Frank J. Johnson*
FRANK J. JOHNSON

600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
phongt@johnsonandweaver.com

*Attorneys for Plaintiff Jim Porter and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: January 18, 2017

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS

By: */s/ Brian J. Robbins*
BRIAN J. ROBBINS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Attorneys for Plaintiff Ernesto Espinoza and [Proposed] Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: January 18, 2017 | PROFY PROMISLOFF & CIARLANTO, P.C.<br>JOSEPH M. PROFY<br>JEFFREY J. CIARLANTO<br>DAVID M. PROMISLOFF |

By: */s/ Joseph M. Profy*
JOSEPH M. PROFY

100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642

BRODSKY & SMITH, LLC
EVAN J. SMITH
9595 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (310) 247-0160

LAW OFFICE OF ALFRED G. YATES, JR., P.C.
ALFRED G. YATES, JR.
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 391-5164
Facsimile: (412) 471-1033

*Attorneys for Plaintiff Francis Fleming*

Dated: January 18, 2017                SIMPSON THACHER & BARTLETT LLP
                                       SIMONA G. STRAUSS

By: */s/ Simona G. Strauss*
SIMONA G. STRAUSS

2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5203
Facsimile: (650) 251-5002
sstrauss@stblaw.com

*Attorneys for Defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and Nominal Defendant Twitter, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Consolidate Derivative Actions, Appoint Co-Lead Counsel for Plaintiffs, and Reset Initial Case Management Conference and Related Dates. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: January 18, 2017 */s/ Frank J. Johnson*
Frank J. Johnson

\*\*\*\*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 20, 2017

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE