1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  FELIPE J. ARROYO (163803)
   SHANE P. SANDERS (237146)
3  600 B Street, Suite 1900
   San Diego, CA 92101
4  Telephone: (619) 525-3990
   Facsimile: (619) 525-3991
5  brobbins@robbinsarroyo.com
   farroyo@robbinsarroyo.com
6  ssanders@robbinsarroyo.com

7  -and-

8  JOHNSON FISTEL, LLP
   FRANK J. JOHNSON (174882)
9  PHONG L. TRAN (204961)
   600 West Broadway, Suite 1540
10 San Diego, CA 92101
   Telephone: (619) 230-0063
11 Facsimile: (619) 255-1856
   frankj@johnsonfistel.com
12 phongt@johnsonfistel.com

13 *Co-Lead Counsel for Plaintiffs*

14 [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TWITTER, INC. SHAREHOLDER DERIVATIVE LITIGATION, | Lead Case No.: 3:16-cv-06136-JST |
| | (Consolidated with Nos. 3:16-cv-06457-JST and 4:16-cv-06492-JST) |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER** |
| ALL ACTIONS. | (Derivative Action) |
| | Judge: Honorable Jon S. Tigar<br>Courtroom: 9<br>Date Action Filed: October 24, 2016 |

| | |
|---|---|
| 1 | Plaintiffs Jim Porter, Ernesto Espinoza, and Francis Fleming ("Plaintiffs"), individual |
| 2 | defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, |
| 3 | Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and nominal defendant |
| 4 | Twitter, Inc. ("Twitter" and, together with the individual defendants, the "Defendants"), through |
| 5 | their respective counsel, hereby stipulate as follows: |
| 6 | WHEREAS, pursuant to the Court's November 16, 2017 Order, the parties in this |
| 7 | consolidated derivative action (the "Derivative Action") are to submit a proposed scheduling |
| 8 | stipulation to the Court by December 15, 2017; |
| 9 | WHEREAS, the parties have met and conferred regarding the forum selection clause |
| 10 | contained in Twitter's corporate bylaws and its potential impact on the Derivative Action, and |
| 11 | submit this stipulation in connection therewith; |
| 12 | WHEREAS, the parties agree that by entering into this stipulation, Defendants expressly |
| 13 | reserve and do not waive their defenses and objections in this Derivative Action, including |
| 14 | defenses and objections to jurisdiction, forum, and venue; |
| 15 | WHEREAS, the parties also agree that Plaintiffs expressly reserve and do not waive their |
| 16 | right to challenge the validity of Twitter's corporate bylaws, or the application of the bylaws to |
| 17 | the Derivative Action; and |
| 18 | WHEREAS, the parties further agree that this stipulation shall have no bearing on whether |
| 19 | or not the Derivative Action should be stayed pending resolution of the Securities Action; |
| 20 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between |
| 21 | the parties, through their undersigned counsel, subject to the approval of the Court, as follows: |
| 22 | 1. The parties acknowledge that Twitter's forum selection clause, which is contained |
| 23 | in its corporate bylaws and which was in place before the commencement of this Derivative |
| 24 | Action, states that "any derivative action or proceeding brought on behalf of [Twitter]" must be |
| 25 | litigated exclusively in a "state or federal court located within the state of Delaware." |
| 26 | 2. The parties are in the process of drafting a stipulation, which they will present to |
| 27 | the Court for its approval by no later than December 31, 2017, that the Derivative Action should |
| 28 | be transferred to the United States District Court for the District of Delaware. |

3. In entering this stipulation and agreement, Defendants expressly reserve and do not waive their defenses and objections in this Derivative Action, including defenses and objections to jurisdiction, forum, and venue.

4. Plaintiffs also expressly reserve and do not waive their right to challenge the validity of Twitter's corporate bylaws or the application of the bylaws to the Derivative Action.

**IT IS SO STIPULATED.**

Dated: December 15, 2017

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
PHONG L. TRAN

By: */s/ Phong L. Tran*
PHONG L. TRAN

600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonfistel.com
phongt@johnsonfistel.com

*Co-Lead Counsel for Plaintiffs*

Dated: December 15, 2017

ROBBINS ARROYO LLP
FELIPE J. ARROYO
BRIAN J. ROBBINS
SHANE P. SANDERS

By: */s/ Shane P. Sanders*
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| Dated: December 15, 2017 | | SIMPSON THACHER & BARTLETT LLP<br>SIMONA G. STRAUSS |
| | By: | */s/ Simona G. Strauss*<br>SIMONA G. STRAUSS |

2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5203
Facsimile: (650) 251-5002
sstrauss@stblaw.com

*Attorneys for Defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and Nominal Defendant Twitter, Inc.*

## SIGNATURE ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed ~~Order~~]. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: December 15, 2017

*/s/ Phong L. Tran*
PHONG L. TRAN

\*\*\*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 15, 2017

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE