# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TWITTER, INC. SHAREHOLDER DERIVATIVE ACTION | Case No. 16-cv-06136-JST<br><br>**ORDER TRANSFERRING VENUE**<br>Re: ECF No. 39 |

Pursuant to the parties' stipulation, this consolidated derivative action is transferred to the United States District Court for the District of Delaware. 28 U.S.C. § 1404(a).

The Court denies without prejudice the parties' request to set a briefing schedule on their anticipated motion to stay. The parties may ask the Delaware District Court to set such a schedule following transfer.

**IT IS SO ORDERED.**

Dated: January 5, 2018

JON S. TIGAR
United States District Judge