ADRMOP,CLOSED,CONSOL,RELATE,STAYED,TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:16−cv−06136−JST

| | |
|---|---|
| In re Twitter, Inc. Shareholder Derivative Litigation | Date Filed: 10/24/2016 |
| Assigned to: Judge Jon S. Tigar | Date Terminated: 01/05/2018 |
| Member cases: | Jury Demand: Plaintiff |
|   3:16−cv−06457−JST | Nature of Suit: 160 Stockholders Suits |
|   3:16−cv−06492−JST | Jurisdiction: Federal Question |

Relate Case Case:   3:16−cv−05314−JST
Cause: 28:1331 Fed. Question: Securities Violation

**Plaintiff**

**Jim Porter**
*derivatively on behalf of Twitter, Inc.*

represented by **Frank James Johnson**
Johnson Fistel, LLP
600 West Broadway, Suite 1540
San Diego, CA 92101
619−230−0063
Fax: 619−255−1856
Email: frankj@johnsonfistel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Palmesano Sanders**
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101
(619) 525−3990
Fax: (619) 525−3991
Email: ssanders@robbinsarroyo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phong L. Tran**
Johnson Fistel, LLP
600 West Broadway, Suite 1540
San Diego, CA 92101
619−230−0063
Fax: 619−255−1856
Email: phongt@johnsonfistel.com
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Ernesto Espinoza**
*Derivatively on Behalf of Twitter, Inc.*

represented by **Brian J. Robbins**
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101−3350
(619) 525−3990

Fax: (619) 525−3991
Email: notice@robbinsarroyo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank James Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Felipe Javier Arroyo**
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101
619−525−3990
Fax: 619−525−3991
Email: farroyo@robbinsarroyo.com
*ATTORNEY TO BE NOTICED*

**Phong L. Tran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shane Palmesano Sanders**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Francis Fleming**
*derivatively on behalf of Twitter, Inc.*

represented by **Frank James Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Mark Profy**
Profy Promisloff & Ciarlanto, P.C.
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
(215) 259−5156
Fax: (215) 600−2642
Email: profy@prolawpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Palmesano Sanders**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred Glenn Yates , Jr.**
Law Office of Alfred G. Yates Jr, P.C
300 Mt. Lebanon Boulevard
Suite 206−B
Pittsburgh, PA 15234
412/391−5164

                Fax: 412–471–1033
                Email: yateslaw@aol.com
                *ATTORNEY TO BE NOTICED*

**David M. Promisloff**
Profy Promisloff & Ciarlanto, P.C.
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
(215) 259–5156
Fax: (215) 600–2642
Email: david@prolawpa.com
*ATTORNEY TO BE NOTICED*

**Evan J. Smith**
Brodsky & Smith, LLC
9595 Wilshire Boulevard
BeverlyHills, CA 90212
310–300–8425
Fax: 310–247–0160
Email: esmith@brodsky–smith.com
*ATTORNEY TO BE NOTICED*

**Gerald L. Rutledge**
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
412–391–5164
Fax: 412–471–1033
*ATTORNEY TO BE NOTICED*

**Jeffrey Joseph Ciarlanto**
The Weiser Law Firm, P.C.
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
610–225–2677
Fax: 610–408–8062
Email: ciarlanto@prolawpa.com
*ATTORNEY TO BE NOTICED*

**Phong L. Tran**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Richard Costolo**     represented by    **Simona Gurevich Strauss**
                Simpson Thacher & Bartlett LLP
                2475 Hanover Street
                Palo Alto, CA 94304
                650–251–5000

Fax: 650–251–5002
Email: sstrauss@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Youngwood**
Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017–3954
212–455–3539
Fax: 212–455–2502
Email: jyoungwood@stblaw.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Noto**  represented by  **Simona Gurevich Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Youngwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jack Dorsey**  represented by  **Simona Gurevich Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Youngwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Fenton**  represented by  **Simona Gurevich Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Youngwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martha Lane Fox**

**Defendant**

**Hugh F. Johnston**

**Defendant**

**Omid R. Kordestani**

**Defendant**

**Debra L. Lee**

**Defendant**

| | |
|---|---|
| **David Rosenblatt** | represented by **Simona Gurevich Strauss** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Jonathan K. Youngwood** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Marjorie Scardino** | represented by **Simona Gurevich Strauss** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Jonathan K. Youngwood** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Bret Taylor**

**Defendant**

| | |
|---|---|
| **Evan Williams** | represented by **Simona Gurevich Strauss** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Jonathan K. Youngwood** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Twitter, Inc.** | represented by **Simona Gurevich Strauss** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Jonathan K. Youngwood** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Peter Chernin** | represented by |

**Simona Gurevich Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Youngwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Currie** represented by **Simona Gurevich Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Youngwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2016 | Ï 1 | VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT; Demand for Jury Trial against All Defendants, (Filing Fee: $400.00, receipt number 0971−10875302). Filed by Jim Porter. (Attachments: #(1) Civil Cover Sheet) (Johnson, Frank) (Filed on 10/24/2016) (Entered: 10/24/2016) |
| 10/24/2016 | Ï 2 | Proposed Summons. (Johnson, Frank) (Filed on 10/24/2016) (Entered: 10/24/2016) |
| 10/24/2016 | Ï 3 | Certification of Interested Entities or Persons filed by Jim Porter (Johnson, Frank) (Filed on 10/24/2016) (Entered: 10/24/2016) |
| 10/24/2016 | Ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 1/18/2017. Case Management Conference set for 1/25/2017 01:30 PM in Courtroom A, 15th Floor, San Francisco. (ysS, COURT STAFF) (Filed on 10/24/2016) (Entered: 10/25/2016)** |
| 10/25/2016 | Ï 4 | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 11/8/2016. (sv, COURT STAFF) (Filed on 10/25/2016) (Entered: 10/25/2016) |
| 10/25/2016 | Ï 6 | Summons Issued as to Richard Costolo, Jack Dorsey, Peter Fenton, Martha Lane Fox, Hugh F. Johnston, Omid R. Kordestani, Debra L. Lee, Anthony Noto, David Rosenblatt, Marjorie Scardino, Bret Taylor, Twitter, Inc., Evan Williams. (ysS, COURT STAFF) (Filed on 10/25/2016) (Entered: 10/25/2016) |
| 11/01/2016 | Ï 7 | |

| | | |
|---|---|---|
| | | **RELATED CASE ORDER by Judge Jon S. Tigar granting (17) Administrative Motion to Consider Whether Cases Should be Related in case 3:16–cv–05314–JST. (wsn, COURT STAFF) (Filed on 11/1/2016) (Entered: 11/01/2016)** |
| 11/02/2016 | Ï 8 | SUMMONS Returned Executed by Jim Porter. Twitter, Inc. served on 10/26/2016, answer due 11/16/2016. (Johnson, Frank) (Filed on 11/2/2016) (Entered: 11/02/2016) |
| 11/03/2016 | Ï 9 | Case reassigned to Judge Jon S. Tigar. Magistrate Judge Sallie Kim no longer assigned to the case. This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras (haS, COURT STAFF) (Filed on 11/3/2016) (Additional attachment(s) added on 11/3/2016: # 1 Notice of Eligibility for Video Recording) (ha, COURT STAFF). (Entered: 11/03/2016) |
| 11/04/2016 | Ï 10 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 2/6/2017. Initial Case Management Conference set for 2/15/2017 at 2:00 PM in Courtroom 9, 19th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order for All Judges of the Northern District) (wsn, COURT STAFF) (Filed on 11/4/2016) (Entered: 11/04/2016) |
| 11/10/2016 | Ï 11 | WAIVER OF SERVICE Returned Executed filed by Jim Porter. Service waived by Richard Costolo waiver sent on 11/2/2016, answer due 1/3/2017. (Tran, Phong) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | Ï 12 | WAIVER OF SERVICE Returned Executed filed by Jim Porter. Service waived by Jack Dorsey waiver sent on 11/2/2016, answer due 1/3/2017. (Tran, Phong) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | Ï 13 | WAIVER OF SERVICE Returned Executed filed by Jim Porter. Service waived by Peter Fenton waiver sent on 11/2/2016, answer due 1/3/2017. (Tran, Phong) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | Ï 14 | WAIVER OF SERVICE Returned Executed filed by Jim Porter. Service waived by Anthony Noto waiver sent on 11/2/2016, answer due 1/3/2017. (Tran, Phong) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | Ï 15 | WAIVER OF SERVICE Returned Executed filed by Jim Porter. Service waived by David Rosenblatt waiver sent on 11/2/2016, answer due 1/3/2017. (Tran, Phong) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | Ï 16 | WAIVER OF SERVICE Returned Executed filed by Jim Porter. Service waived by Marjorie Scardino waiver sent on 11/2/2016, answer due 1/3/2017. (Tran, Phong) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/10/2016 | Ï 17 | WAIVER OF SERVICE Returned Executed filed by Jim Porter. Service waived by Evan Williams waiver sent on 11/2/2016, answer due 1/3/2017. (Tran, Phong) (Filed on 11/10/2016) (Entered: 11/10/2016) |
| 11/30/2016 | Ï 18 | STIPULATION WITH [PROPOSED] ORDER *Consolidating Derivative Actions and Appointing Co−Lead Counsel for Plaintiffs* filed by Ernesto Espinoza. (Sanders, Shane) (Filed on 11/30/2016) (Entered: 11/30/2016) |
| 12/02/2016 | Ï 19 | **ORDER re 18 STIPULATION WITH [PROPOSED] ORDER *Consolidating Derivative Actions and Appointing Co−Lead Counsel for Plaintiffs* filed by Ernesto Espinoza. Signed by Judge Jon S. Tigar on December 2, 2016. (wsn, COURT STAFF) (Filed on 12/2/2016) (Entered: 12/02/2016)** |
| 01/18/2017 | Ï 20 | STIPULATION WITH [PROPOSED] ORDER *to Consolidate Derivative Actions, Appoint Co−Lead Counsel for Plaintiffs, and Reset Initial Case Management Conference and Related* |

| | | |
|---|---|---|
| | | *Dates.* filed by Jim Porter. (Johnson, Frank) (Filed on 1/18/2017) (Entered: 01/18/2017) |
| 01/20/2017 | 21 | **STIPULATION AND ORDER re (20 in 3:16–cv–06136–JST) STIPULATION WITH PROPOSED ORDER** *to Consolidate Derivative Actions, Appoint Co−Lead Counsel for Plaintiffs, and Reset Initial Case Management Conference and Related Dates.* **filed by Jim Porter. Signed by Judge Jon S. Tigar on January 20, 2017. (wsn, COURT STAFF) (Filed on 1/20/2017) (Entered: 01/20/2017)** |
| 01/20/2017 | 22 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Per the stipulation and order at ECF No. 21, the case management conference set for 2/15/2017 is vacated. An Initial Case Management Conference for the Related Derivative Actions is set for 4/19/2017 at 2:00 PM in Courtroom 9, 19th Floor, San Francisco. A Joint Case Management Statement is due by 4/12/2017. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (wsn, COURT STAFF) (Filed on 1/20/2017) (Entered: 01/20/2017) |
| 02/08/2017 | 23 | MOTION for leave to appear in Pro Hac Vice – *APPLICATION FOR ADMISSION OF ATTORNEY JONATHAN K. YOUNGWOOD PRO HAC VICE (CIVIL LOCAL RULE 11−3); [PROPOSED] ORDER,* (Filing Fee: $310.00, receipt number 0971−11141492) filed by Peter Chernin, Richard Costolo, Peter Currie, Jack Dorsey, Peter Fenton, Anthony Noto, David Rosenblatt, Marjorie Scardino, Twitter, Inc., Evan Williams. (Youngwood, Jonathan) (Filed on 2/8/2017) (Entered: 02/08/2017) |
| 02/08/2017 | 24 | Certificate of Interested Entities by Twitter, Inc. – *TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FRCP 7.1 AND CIVIL L.R. 3−15* (Strauss, Simona) (Filed on 2/8/2017) (Entered: 02/08/2017) |
| 02/08/2017 | 25 | Certificate of Interested Entities filed by Peter Chernin, Richard Costolo, Peter Currie, Jack Dorsey, Peter Fenton, Anthony Noto, David Rosenblatt, Marjorie Scardino, Evan Williams – *CIVIL L.R. 3−15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS RICHARD COSTOLO, ANTHONY NOTO, JACK DORSEY, PETER FENTON, DAVID ROSENBLATT, MARJORIE SCARDINO, PETER CHERNIN, PETER CURRIE, AND EVAN WILLIAMS* (Strauss, Simona) (Filed on 2/8/2017) (Entered: 02/08/2017) |
| 02/08/2017 | 26 | **ORDER by Judge Jon S. Tigar granting 23 APPLICATION FOR ADMISSION OF ATTORNEY JONATHAN K. YOUNGWOOD *PRO HAC VICE*. (wsn, COURT STAFF) (Filed on 2/8/2017) (Entered: 02/09/2017)** |
| 02/17/2017 | 27 | CLERK'S NOTICE ADVANCING TIME OF HEARING. The Initial Case Management Conference set for 4/19/2017 will be held at 9:30 AM in Courtroom 9, 19th Floor, San Francisco. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (wsn, COURT STAFF) (Filed on 2/17/2017) (Entered: 02/17/2017) |
| 03/21/2017 | 28 | JOINT STATUS REPORT Pursuant to Court Order dated January 20, 2017 filed by Ernesto Espinoza, Francis Fleming, Jim Porter. (Johnson, Frank) (Filed on 3/21/2017) (Entered: 03/21/2017) |
| 04/12/2017 | 29 | JOINT CASE MANAGEMENT STATEMENT filed by Ernesto Espinoza, Francis Fleming, Jim Porter. (Johnson, Frank) (Filed on 4/12/2017) (Entered: 04/12/2017) |
| 04/12/2017 | 30 | STIPULATION WITH [PROPOSED] ORDER *Staying the Action* filed by Ernesto Espinoza, Francis Fleming, Jim Porter. (Johnson, Frank) (Filed on 4/12/2017) (Entered: 04/12/2017) |
| 04/13/2017 | 31 | **STIPULATION AND ORDER re 30 STIPULATION WITH PROPOSED ORDER** *Staying the Action* **filed by Francis Fleming, Ernesto Espinoza, Jim Porter. Signed by Judge Jon S. Tigar on April 13, 2017. (wsn, COURT STAFF) (Filed on 4/13/2017) (Entered: 04/13/2017)** |
| 04/14/2017 | 32 | |

| | | |
|---|---|---|
| | | **ORDER VACATING CASE MANAGEMENT CONFERENCE**<br>In light of the Court's recent order staying this action, ECF No. 31, the Case Management Conference currently scheduled for April 19, 2017 is VACATED.<br>(Entered by Judge Jon S. Tigar) (Filed on 4/14/2017) *This is a text−only order; there is no document associated with this entry (Entered: 04/14/2017)* |
| 04/19/2017 | 33 | *Plaintiffs' Verified Consolidated Shareholder Derivative Complaint* against Peter Chernin, Richard Costolo, Peter Currie, Jack Dorsey, Peter Fenton, Anthony Noto, David Rosenblatt, Marjorie Scardino, Twitter, Inc., Evan Williams. Filed by Francis Fleming, Ernesto Espinoza, Jim Porter. (Johnson, Frank) (Filed on 4/19/2017) (Entered: 04/19/2017) |
| 09/22/2017 | 34 | NOTICE by Ernesto Espinoza, Francis Fleming, Jim Porter *Notice of Change of Firm Name and Contact Information* (Johnson, Frank) (Filed on 9/22/2017) (Entered: 09/22/2017) |
| 11/15/2017 | 35 | STIPULATION WITH [PROPOSED] ORDER filed by Ernesto Espinoza, Francis Fleming, Jim Porter. (Sanders, Shane) (Filed on 11/15/2017) (Entered: 11/15/2017) |
| 11/16/2017 | 36 | **STIPULATION AND ORDER re 35 STIPULATION WITH [PROPOSED] ORDER filed by Francis Fleming, Ernesto Espinoza, Jim Porter. Signed by Judge Jon S. Tigar on November 16, 2017. (wsn, COURT STAFF) (Filed on 11/16/2017) (Entered: 11/16/2017)** |
| 12/15/2017 | 37 | STIPULATION AND [PROPOSED] ORDER filed by Ernesto Espinoza, Francis Fleming, Jim Porter. (Tran, Phong) (Filed on 12/15/2017) (Entered: 12/15/2017) |
| 12/15/2017 | 38 | **STIPULATION AND ORDER re 37 STIPULATION AND [PROPOSED] ORDER filed by Francis Fleming, Ernesto Espinoza, Jim Porter. Signed by Judge Jon S. Tigar on December 15, 2017. (wsn, COURT STAFF) (Filed on 12/15/2017) (Entered: 12/15/2017)** |
| 12/29/2017 | 39 | STIPULATION AND [PROPOSED] ORDER *TO TRANSFER VENUE* filed by Ernesto Espinoza, Francis Fleming, Jim Porter. (Tran, Phong) (Filed on 12/29/2017) (Entered: 12/29/2017) |
| 01/05/2018 | 40 | **ORDER TRANSFERRING VENUE re 39 STIPULATION WITH [PROPOSED] ORDER to Transfer Venue filed by Francis Fleming, Ernesto Espinoza, Jim Porter. Signed by Judge Jon S. Tigar on January 5, 2018. (wsn, COURT STAFF) (Filed on 1/5/2018) (Entered: 01/05/2018)** |
| 01/05/2018 | Ï | case electronically transmitted to the United States District Court for the District of Delaware. (tnS) (Filed on 1/5/2018) (Entered: 01/05/2018) |