# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TWITTER, INC. SHAREHOLDER DERIVATIVE LITIGATION | C.A. No. 1:18-cv-00062-UNA |

### STIPULATION AND [PROPOSED] SCHEDULING ORDER GOVERNING BRIEFING ON DEFENDANTS' MOTION TO STAY

Plaintiffs Jim Porter, Ernesto Espinoza, and Francis Fleming (collectively, "Plaintiffs"), individual defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and nominal defendant Twitter, Inc. ("Twitter" or the "Company," and, together with the individual defendants, the "Defendants," and, collectively with Plaintiffs, the "Parties"), through their undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree as follows:

WHEREAS, on April 19, 2017, Plaintiffs filed this consolidated derivative action (the "Derivative Action") in the United States District Court for the Northern District of California;

WHEREAS, on January 5, 2018, the Honorable Jon S. Tigar, United States District Court Judge for the Northern District of California, entered an order transferring the Derivative Action to the United States District Court for the District of Delaware; and

WHEREAS, Defendants intend to move to stay this Derivative Action pending resolution of the related securities fraud class action against Twitter and two of the individual defendants, *Shenwick v. Twitter, Inc. et al.*, Case No. 3:16-cv-05314-JST, that is presently before the United States District Court for the Northern District of California.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of this Court, as follows:

1. Defendants shall file their Motion to Stay and opening brief in support thereof on or before March 14, 2018.

2. Plaintiffs shall file their answering brief in opposition to the Motion to Stay on or before April 30, 2018.

3. Defendants shall file their reply brief in further support of the Motion to Stay on or before May 30, 2018.

4. Absent an agreement or Court order to the contrary, within 30 days after any stay of this Derivative Action is lifted, or within thirty 30 days after any denial of the Motion to Stay, Defendants shall answer, move or otherwise respond to the complaint.

5. In entering this Stipulation, Defendants expressly reserve and do not waive any of their defenses to this Derivative Action.

Dated: February 1, 2018

| | |
|---|---|
| OF COUNSEL:<br><br>Felipe J. Arroyo<br>Brian J. Robbins<br>Shane P. Sanders<br>Robbins Arroyo<br>600 B Street, Suite 1900<br>San Diego, California 92101<br>(619) 525-3990<br>brobbins@robbinsarroyo.com<br>farroyo@robbinsarroyo.com<br>ssanders@robbinsarroyo.com<br><br>Frank J. Johnson<br>Phong L. Tran<br>Johnson Fistel, LLP<br>600 West Broadway, Suite 1540<br>San Diego, California 92101<br>(619) 230-0063<br>frankj@johnsonfistel.com<br>phongt@johnsonfistel.com | /s/ Blake A. Bennett<br>Blake A. Bennett (#5133)<br>Cooch & Taylor, P.A.<br>The Brandywine Building<br>1000 West Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-3800<br>bbennett@coochtaylor.com<br>*Attorneys for Plaintiffs* |
| OF COUNSEL:<br><br>James G. Kreissman<br>Simona G. Strauss<br>Simpson Thacher & Bartlett LLP<br>2475 Hanover Street<br>Palo Alto, California 94304<br>(650) 251-5000<br>jkreissman@stblaw.com<br>sstrauss@stblaw.com | /s/ Raymond J. DiCamillo<br>Raymond J. DiCamillo (#3188)<br>Kevin M. Gallagher (#5337)<br>Sara C. Hunter (#6290)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>DiCamillo@rlf.com<br>Gallagher@rlf.com<br>Shunter@rlf.com<br><br>*Attorneys for Defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and Nominal Defendant Twitter, Inc.* |

IT IS SO ORDERED this _1_ day of _February_, 2018.

_____
U.S.D.C. MAGISTRATE JUDGE