IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: TWITTER, INC. SHAREHOLDER ) 
DERIVATIVE LITIGATION ) C.A. No. 18-062 (MN)
)

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

WHEREAS, a Report and Recommendations was filed in this action on July 23, 2018 (D.I. 61);

WHEREAS, no objections were filed to the Report and Recommendations pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period;

THEREFORE, IT IS HEREBY ORDERED this 10th day of September 2018 that the Report and Recommendations is ADOPTED and this case is STAYED until either the resolution of the Securities Action in the Northern District of California (the "Securities Action") or February 10, 2020, whichever occurs first.

IT IS HEREBY FURTHER ORDERED that should the Securities Action be resolved prior to February 10, 2020, defendants shall so advise the Court within fourteen days of the disposition, providing a copy of the decision of the Northern District of California, if one was issued. If the Securities Action is not resolved by February 10, 2020, the parties are to submit a status report to the Court on that date, including the parties' proposal as to whether this case shall remain stayed and, if so, for how long.

BY THE COURT:

_____
The Honorable Maryellen Noreika
United States District Court Judge