IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: TWITTER, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) C.A. No. 18-062 (MN) ) |

### ORDER ADMINISTRATIVELY CLOSING CASE

WHEREAS, the above-captioned case was stayed on September 10, 2018 (D.I. 63) due to litigation that is presently pending in the United States District Court for the Northern District of California (*see Shenwick v. Twitter, Inc.*, No. 16-05314);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall report the case status to the Court as outlined in the Order Adopting Report and Recommendations (D.I. 63). The case shall be reopened and appropriate action taken accordingly.

BY THE COURT:

9/12/2018

_____
The Honorable Maryellen Noreika
United States District Court Judge