

Raymond J. DiCamillo
302-651-7786
DiCamillo@rlf.com

October 30, 2020

**BY ELECTRONIC FILING**

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re:    *In re Twitter, Inc. Shareholder Derivative Litigation*,
                  C.A. No. 1:18-cv-00062-MN

Dear Judge Noreika:

       The parties to the above-captioned derivative action (as well as the parties to the two related derivative actions pending in the Delaware Court of Chancery) have agreed to settle the action. The proposed settlement requires notice to the stockholders of Twitter, Inc. and court approval.

       Vice Chancellor Fioravanti is presiding over both of the related actions pending in the Delaware Court of Chancery. In order to minimize the burden on the courts and to avoid duplication, the parties to all the cases have agreed to conduct the notice and approval process through the Court of Chancery. The proposed settlement contemplates a release of the claims asserted in this action. Accordingly, in the event that the Court of Chancery approves the settlement, the parties to this action have agreed to seek dismissal of this action based on such approval.

       The stipulation of settlement (a copy of which is enclosed) was filed in the Court of Chancery earlier today. The parties will keep Your Honor apprised of the status of the notice and approval process. Of course, if Your Honor has any questions, counsel are available at the convenience of the Court.

                                          Respectfully,

                                          */s/ Raymond J. DiCamillo*

                                          Raymond J. DiCamillo (#3188)

RJD:dlr
cc:    Blake A. Bennett, Esquire (by electronic filing)